1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2004 HONDA ACCORD, VIN: 1HGCM66574A100279, LICENSE NUMBER 5JQB367,<br><br>Defendant. | 2:06-CV-00707-FCD-GGH<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
|---|---|

It is hereby stipulated by and between the United States of America and claimant Ernesto Aguila ("Claimant"), by and through their respective attorney, as follows:

   1.  On or about January 4, 2006, Claimant filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the 2004 Honda Accord, VIN: 1HGCM66574A100279, License Number 5JQB367,  (the "defendant vehicle"), which was seized on or about November 3, 2005.

   2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant vehicle under 18 U.S.C. §

1  983(a)(2)(A)-(E), and no person other than the Claimant has filed a
2  claim to the defendant vehicle as required by law in the
3  administrative forfeiture proceeding.
4       3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
5  required to file a complaint for forfeiture against the defendant
6  vehicle and/or to obtain an indictment alleging that the defendant
7  vehicle is subject to forfeiture within 90 days after a claim has
8  been filed in the administrative forfeiture proceedings, unless the
9  court extends the deadline for good cause shown or by agreement of
10 the parties.  That deadline is currently April 4, 2006.
11      4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
12 by agreement to extend to July 4, 2006, the time in which the
13 United States is required to file a civil complaint for forfeiture
14 against the defendant vehicle and/or to obtain an indictment
15 alleging that the defendant vehicle is subject to forfeiture.
16      5.   Accordingly, the parties agree that the deadline by which
17 the United States shall be required to file a complaint for
18 forfeiture against the defendant vehicle and/or to obtain an
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

indictment alleging that the defendant vehicle is subject to forfeiture shall be extended to July 4, 2006.

DATED: 3/30/06                McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Jason Hitt
                              JASON HITT
                              Assistant U.S. Attorney


DATE: March 31, 2006          /s/ Johnny L. Griffin
                              JOHNNY L. GRIFFIN III
                              Attorney for Claimant Ernesto Aguila

                              (Original signature retained by attorney)

**IT IS SO ORDERED.**

DATE: April 11, 2006          /s/ Frank C. Damrell Jr.
                              UNITED STATES DISTRICT JUDGE

3