1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>2004 HONDA ACCORD, VIN: 1HGCM66574A100279, LICENSE NUMBER 5JQB367,<br><br>             Defendant. | 2:06-CV-00707-FCD-GGH<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
|---|---|

It is hereby stipulated by and between the United States of America and claimant Ernesto Aguila ("Claimant"), by and through their respective attorney, as follows:

    1.  On or about January 4, 2006, Claimant filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the 2004 Honda Accord, VIN: 1HGCM66574A100279, License Number 5JQB367,  (the "defendant vehicle"), which was seized on or about November 3, 2005.

    2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant vehicle under 18 U.S.C. §

1  983(a)(2)(A)-(E), and no person other than the Claimant has filed a
2  claim to the defendant vehicle as required by law in the
3  administrative forfeiture proceeding.
4      3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
5  required to file a complaint for forfeiture against the defendant
6  vehicle and/or to obtain an indictment alleging that the defendant
7  vehicle is subject to forfeiture within 90 days after a claim has
8  been filed in the administrative forfeiture proceedings, unless the
9  court extends the deadline for good cause shown or by agreement of
10 the parties.
11     4.   By Stipulation and Order filed April 12, 2006, the parties
12 stipulated to extend to July 4, 2006, the time in which the United
13 States is required to file a civil complaint for forfeiture against
14 the defendant vehicle and/or to obtain an indictment alleging that
15 the defendant vehicle is subject to forfeiture.
16     5.   By Stipulation and Order filed July 5, 2006, the parties
17 stipulated to extend to October 4, 2006, the time in which the
18 United States is required to file a civil complaint for forfeiture
19 against the defendant vehicle and/or to obtain an indictment
20 alleging that the defendant vehicle is subject to forfeiture.
21     6.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
22 by agreement to further extend to January 4, 2007, the time in
23 which the United States is required to file a civil complaint for
24 forfeiture  against the defendant vehicle and/or to obtain an
25 indictment alleging that the defendant vehicle is subject to
26 forfeiture.
27 ///
28
                                    2

1    7.  Accordingly, the parties agree that the deadline by which
2 the United States shall be required to file a complaint for
3 forfeiture against the defendant vehicle and/or to obtain an
4 indictment alleging that the defendant vehicle is subject to
5 forfeiture shall be extended to January 4, 2007.

6 DATED: 10/03/06                    McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Jason Hitt
                                     JASON HITT
                                     Assistant U.S. Attorney


11 DATED: Sept. 28, 2006              /s/ Johnny L. Griffin III
                                     JOHNNY L. GRIFFIN III
                                     Attorney for Claimant Ernesto Aguila

                                     (Original signature retained by
                                     attorney)

15     **IT IS SO ORDERED.**

17 DATE: October 3, 2006

                                     /s/ Frank C. Damrell Jr.
                                     FRANK C. DAMRELL, JR.
                                     United States District Judge

3