1 | McGREGOR W. SCOTT
United States Attorney
2 | JASON HITT
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:06-CV-00707-FCD-GGH |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| v. | |
| 2004 HONDA ACCORD, VIN: 1HGCM66574A100279, LICENSE NUMBER 5JQB367, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Ernesto Aguila ("Claimant"), by and through their respective attorney, as follows:

1.  On or about January 4, 2006, Claimant filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the 2004 Honda Accord, VIN: 1HGCM66574A100279, License Number 5JQB367, (the "defendant vehicle"), which was seized on or about November 3, 2005.

2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant vehicle under 18 U.S.C. §

1  983(a)(2)(A)-(E), and no person other than the Claimant has filed a
2  claim to the defendant vehicle as required by law in the
3  administrative forfeiture proceeding.
4      3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
5  required to file a complaint for forfeiture against the defendant
6  vehicle and/or to obtain an indictment alleging that the defendant
7  vehicle is subject to forfeiture within 90 days after a claim has
8  been filed in the administrative forfeiture proceedings, unless the
9  court extends the deadline for good cause shown or by agreement of
10 the parties.
11     4.  By Stipulation and Order filed April 12, 2006, the parties
12 stipulated to extend to July 4, 2006, the time in which the United
13 States is required to file a civil complaint for forfeiture against
14 the defendant vehicle and/or to obtain an indictment alleging that
15 the defendant vehicle is subject to forfeiture.
16     5.  By Stipulation and Order filed July 5, 2006, the parties
17 stipulated to extend to October 4, 2006, the time in which the
18 United States is required to file a civil complaint for forfeiture
19 against the defendant vehicle and/or to obtain an indictment
20 alleging that the defendant vehicle is subject to forfeiture.
21     6.  By Stipulation and Order filed October 3, 2006, the
22 parties stipulated to extend to January 4, 2007, the time in which
23 the United States is required to file a civil complaint for
24 forfeiture against the defendant vehicle and/or to obtain an
25 indictment alleging that the defendant vehicle is subject to
26 forfeiture.
27 ///
28

1      7.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
2 by agreement to further extend to April 4, 2007, the time in which
3 the United States is required to file a civil complaint for
4 forfeiture  against the defendant vehicle and/or to obtain an
5 indictment alleging that the defendant vehicle is subject to
6 forfeiture.
7      8.  Accordingly, the parties agree that the deadline by which
8 the United States shall be required to file a complaint for
9 forfeiture against the defendant vehicle and/or to obtain an
10 indictment alleging that the defendant vehicle is subject to
11 forfeiture shall be extended to April 4, 2007.

DATED: 01/03/07                McGREGOR W. SCOTT
                               United States Attorney


                                /s/ Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney



DATED: Jan. 3, 2007             /s/ Johnny L. Griffin III
                               JOHNNY L. GRIFFIN III
                               Attorney for Claimant
                               Ernesto Aguila

                               (Original signature retained by
                                 Attorney)

**IT IS SO ORDERED.**

DATE: January 4, 2007

                               _____
                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE

3