1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:06-CV-00707-FCD-GGH |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| 2004 HONDA ACCORD, VIN: 1HGCM66574A100279, LICENSE NUMBER 5JQB367, | |
| Defendant. | |

   It is hereby stipulated by and between the United States of America and claimant Ernesto Aguila ("Claimant"), by and through their respective attorney, as follows:

   1.  On or about January 4, 2006, Claimant filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the 2004 Honda Accord, VIN: 1HGCM66574A100279, License Number 5JQB367, (the "defendant vehicle"), which was seized on or about November 3, 2005.

   2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person

to file a claim to the defendant vehicle under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the defendant vehicle as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. By Stipulation and Order filed April 12, 2006, the parties stipulated to extend to July 4, 2006, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

5. By Stipulation and Order filed July 5, 2006, the parties stipulated to extend to October 4, 2006, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

6. By Stipulation and Order filed October 3, 2006, the parties stipulated to extend to January 4, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

1    7.  By Stipulation and Order filed January 4, 2007, the
2 parties stipulated to extend to April 4, 2007, the time in which
3 the United States is required to file a civil complaint for
4 forfeiture against the defendant vehicle and/or to obtain an
5 indictment alleging that the defendant vehicle is subject to
6 forfeiture.

7    8.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
8 by agreement to further extend to July 3, 2007, the time in which
9 the United States is required to file a civil complaint for
10 forfeiture  against the defendant vehicle and/or to obtain an
11 indictment alleging that the defendant vehicle is subject to
12 forfeiture.

13   9.  Accordingly, the parties agree that the deadline by which
14 the United States shall be required to file a complaint for
15 forfeiture against the defendant vehicle and/or to obtain an
16 indictment alleging that the defendant vehicle is subject to
17 forfeiture shall be extended to July 3, 2007.

18 DATED: April 6, 2007          McGREGOR W. SCOTT
                                United States Attorney
19
                                /s/ Jason Hitt
20                              JASON HITT
                                Assistant U.S. Attorney
21

22 DATED: April 6, 2007          /s/ Johnny L. Griffin III
                                JOHNNY L. GRIFFIN III
23                              Attorney for Claimant Ernesto Aguila

24                       (Original signature retained by attorney)

25    **IT IS SO ORDERED.**

26 DATED: April 6, 2007

27

28                          _____
                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE